UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 08-60159-CIV-GRAHAM/O'SULLIVAN

JULIO BARRETO,

    Plaintiff,

v.

DAVIE MARKETPLACE, LLC,
d/b/a FOODTOWN, and
ESMAIL MOBARAK,

    Defendants.
_____/

## JUDGMENT

This proceeding is before the Court upon the Complaint of the Julio Barreto, seeking damages against Davie Marketplace, LLC, d/b/a Foodtown, a limited Liability Company and Esmil Mobarak. Upon findings of fact and conclusions of law separately entered, it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of defendants, Davie Marketplace, LLC, d/b/a Foodtown, a limited Liability Company and Esmil Mobarak. Plaintiff Julio Barreto shall take nothing.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of February, 2010.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:     Counsel of Record
        Magistrate Judge O'Sullivan